## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:26-cv-00591-DFM | Date: | June 30, 2026 |
|---|---|---|---|
| Title | Zezheng Liu v. United States Citizenship and Immigration Services | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Court Reporter |
| Deputy Clerk | | Not Present |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On March 16, 2026, Plaintiffs filed a lawsuit against Defendant United States Citizenship and Immigration Services. See Dkt. 1. Per stipulation, Defendant's Answer was due on or before June 18, 2026. See Dkt. 8.

As it stands, Defendant has not filed an Answer or otherwise responded to Plaintiff's Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.