UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00591-DFM | Date: | October 23, 2026 |
| Title | Zezheng Liu v. United States Citizenship and Immigration Services | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On March 16, 2026, Plaintiffs filed a lawsuit against Defendant United States Citizenship and Immigration Services. See Dkt. 1. Per stipulation, Defendant's Answer was due on or before June 18, 2026. See Dkt. 8. After the Court issued an order to show cause, Plaintiff sought default on July 22, 2026, see Dkt. 12, which the Clerk entered on the same day, see Dkt. 13.

It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** within twenty-one (21) days why this matter should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) file a motion for default judgment; (2) file a notice of voluntary dismissal under Fed. R. Civ. P. 41; or (3) cause by some means an Answer or other filing to be made by Defendant.